RICHARD R. FIELD *et als.*, Respondents, *v.* EDWARD T. FARISH, ADMINISTRATOR OF MICHAEL S. CERRÉ AND THOMAS McADAM, Appellants.

*Practice—Supreme Court.*—Judgment affirmed for failure to file transcript of record of appeal.

*Appeal from St. Louis Court of Common Pleas.*

*Kehr*, for appellants.

*Krum & Decker*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

It appears from the record in this cause that an appeal was granted on the 29th day of June, 1863, and that appellants have wholly failed to prosecute their said appeal. The respondents now bring into this court a transcript of the record, and move for an affirmance of the judgment. The motion is sustained and the judgment is affirmed, with ten per cent. damages. The other judges concur.